EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
OMER G. POIRIER
Assistant U. S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02 00410 |
| Plaintiff, ) | INDICTMENT |
| vs. ) | (18 U.S.C. § 922(g)) |
| EDUARDO JIMENEZ, ) | |
| Defendant. ) | |

INDICTMENT

Count 1

The Grand Jury Charges:

On or about April 21, 2002, in the District of Hawaii, the defendant EDUARDO JIMENEZ, then being a person who had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, a Rossi .357 magnum caliber revolver, two rounds of Remington .38 caliber ammunition and four rounds of Federal .357 magnum caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 2

The Grand Jury further charges:

On or about April 21, 2002, in the District of Hawaii, the defendant, EDUARDO JIMENEZ, then being an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess in and affecting commerce a a firearm, that is, a Rossi .357 magnum caliber revolver, two rounds of Remington .38 caliber ammunition and four rounds of Federal .357 magnum caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: 10/9/02, at Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney

USA v. Jimenez; Cr. No. _____
"Indictment"

2