EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON   #4532
Violent Crimes Section Chief

OMER G. POIRIER
Assistant U. S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: omer.poirier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 1 2004

at ___ o'clock and 3O min. P M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00410 DAE |
| | ) | |
| Plaintiff, | ) | SUPERSEDING INDICTMENT |
| | ) | |
| vs. | ) | [18 U.S.C. § 922(g)(3); |
| | ) | 18 U.S.C. § 922(g)(1); |
| EDUARDO JIMENEZ, | ) | 18 U.S.C. § 924(a)(2)] |
| | ) | |
| Defendant. | ) | |

SUPERSEDING INDICTMENT

Count 1

The Grand Jury Charges:

On or about April 21, 2002, in the District of Hawaii, the defendant EDUARDO JIMENEZ, then being a person who had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, that is, a Rossi .357 magnum

caliber revolver, two rounds of Remington .38 caliber ammunition and four rounds of Federal .357 magnum caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 2

The Grand Jury further charges:

On or about April 21, 2002, in the District of Hawaii, the defendant, EDUARDO JIMENEZ, then being an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess in and affecting commerce a firearm, that is, a Rossi .357 magnum caliber revolver, two rounds of Remington .38 caliber ammunition and four rounds of Federal .357 magnum caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### Count 3

The Grand Jury further charges:

On or about April 21, 2002, in the District of Hawaii, the defendant, EDUARDO JIMENEZ, then being a person who had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, ammunition, that is, one Federal .22 caliber round.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Count 4

The Grand Jury further charges:

On or about April 21, 2002, in the District of Hawaii, the defendant, EDUARDO JIMENEZ, then being an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess in and affecting commerce; ammunition, that is, one Federal .22 caliber round.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: _____JAN 2 1 2004_____, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney
Violent Crimes Section Chief

_____
OMER G. POIRIER
Assistant U.S. Attorney

United States v. Eduardo Jimenez
Cr. No. 02-00410 DAE
"Superseding Indictment"